FILED '10 MAY 21 15:03 USDC-ORM

JOSEPH M. CHARTER, OSB #91158
Charter@AshlandOregon.org
JOSEPH M. CHARTER, P.C.
800 W. EIGHTH STREET
MEDFORD, OR 97501
(541) 779-9330
Fax: (541)773-3653

Attorney for Plaintiffs

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| LARRY McCUE and JULIE McCUE (a.k.a. JULIA McCUE), husband and wife, both individually and as trustees of the S F JAYNES TRUST, and ROBERT CHAMBERLIAN, as trustee of the S F JAYNES TRUST,<br><br>Plaintiffs,<br><br>v.<br><br>FIRST AMERICAN TITLE INSURANCE COMPANY, METLIFE HOME LOANS, a division of METLIFE BANK, N.A., FIRST HORIZON NATIONAL MORTGAGE, a division of FIRST TENNESSEE BANK NATIONAL ASSOCIATION, BRUNO SKOPINICH, and QUALITY LOAN SERVICE CORP. OF WASHINGTON,<br><br>Defendants. | No. 10-3034<br><br>TEMPORARY RESTRAINING ORDER |

Page 1 -  TEMPORARY RESTRAINING ORDER

TO: FIRST AMERICAN TITLE INSURANCE COMPANY, METLIFE HOME LOANS, a division of METLIFE BANK, N.A., FIRST HORIZON NATIONAL MORTGAGE, a division of FIRST TENNESSEE BANK NATIONAL ASSOCIATION, BRUNO SKOPINICH, and QUALITY LOAN SERVICE CORP. OF WASHINGTON, Defendants.

Plaintiffs' motion for temporary restraining order came before the Court ex parte on May 20, 2010.

Based on the record, including the Verified Complaint and the Affidavits on file, the court finds:

1. If Defendants are not immediately restrained from conducting a trustee's sale on May 26, 2010, Plaintiffs will suffer irreparable injury, loss, or damage in the form of loss of their home property through illegal and defective lending transactions and foreclosure sale processes.

2. Plaintiff's lawyer made reasonable efforts to notify defendants of the motion, as follows:

A. Telephone contact to the Medford office of FIRST AMERICAN TITLE CORPORATION, (541) 779-7250, April Beard, Manager; and to the Eugene office Legal Department, Mike Silvis, (541) 484-2900, at 11:30 a.m. on May 20, 2010;

B. By faxing a copy of the Amended Complaint, Motion for Temporary Restraining Order, Affidavits of Julie McCue and Joseph M. Charter, and Temporary Restraining Order to Quality Loan Service Corp. of Washington, the loan servicer shown on the Trustee's Notice of Sale, at (619) 645-7716 on May 20, 2010 at approximately 11:30 a.m.;

C. By faxing a copy of the Amended Complaint and Motion for Temporary

Page 2 - TEMPORARY RESTRAINING ORDER

Restraining Order, Affidavits of Julie McCue and Joseph M. Charter, and Temporary Restraining Order to METLIFE HOME LOANS at (214) 441-441-5312, the fax number shown on correspondence identified in ¶ 4 of the Amended Complaint, on May 20, 2010 at approximately 11:30 a.m.;

   D.   By telephone contact to FIRST HORIZON NATIONAL MORTGAGE Customer Relations Department 4000 Horizon Way, Irving, TX 75063; at 1-800-364-7662, the contact number shown on correspondence identified in ¶ 4 of the Amended Complaint, on May 20, 2010 at approximately 11:30 a.m.;

   E.   By telephone contact to BRUNO SKOPINICH at 541-471-4304, MLS Funding, 543 NE E Street #104, Grants Pass, OR 97526.

   It is therefore ORDERED as follows:

   1. Defendants FIRST AMERICAN TITLE INSURANCE COMPANY, METLIFE HOME LOANS, a division of METLIFE BANK, N.A., FIRST HORIZON NATIONAL MORTGAGE, a division of FIRST TENNESSEE BANK NATIONAL ASSOCIATION, BRUNO SKOPINICH, and QUALITY LOAN SERVICE CORP. OF WASHINGTON, and their officers, agents, servants, employees, and lawyers, and all other persons in active concert or participation with any of them who receive actual notice of this order, by personal service or otherwise, are restrained from conducting a trustee's sale on May 26, 2010 or thereafter for the following property: 1644 Jaynes Drive, Grants Pass, Oregon.

   2. Defendants shall appear before this Court on May [Tuesday] [June 1], 2010, at 10:00 a.m., Room _____, and show cause, if any there be, why the activity described above should not continue to be restrained during the pendency of this action.

   3. The order contained in paragraph 1 above shall expire at the date and time set forth in

Page 26 — TEMPORARY RESTRAINING ORDER

JOSEPH M. CHARTER, P.C.
Attorney at Law
800 W. Eighth
MEDFORD, OR 97501
Tel. 541-779-9330  ♦  Fax 541-773-3653

1  paragraph 2 above, unless extended by further order of this court.

2      4. This order shall be effective upon the posting by Plaintiffs of a cash deposit under FRCP

3  67 or other undertaking in a form acceptable to the court in the sum of $1,000.00.

4  DATED: May 21, 2010.

*[signature]*

**U.S. DISTRICT COURT JUDGE**

Page 26 -   TEMPORARY RESTRAINING ORDER

JOSEPH M. CHARTER, P.C.
Attorney at Law
800 W. Eighth
MEDFORD, OR 97501
Tel. 541-779-9330 ● Fax 541-773-3653