FILED'10 AUG 6 11:40USDC-ORM

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON

LARRY MCCUE, et al,            )
                               )
           Plaintiffs,         )   Civ. No. 10-3034-PA
                               )
                               )          **ORDER**
    v.                         )
                               )
FIRST AMERICAN TITLE           )
INSURANCE COMPANY, et al,      )
                               )
           Defendants.         )

**PANNER, J.**

On June 2, 2010, I granted plaintiffs' motion for a preliminary injunction [#20]. The injunction remained in effect until 5:00 p.m. on August 16, 2010. On July 14, 2010, I extended the preliminary injunction until 5:00 p.m. on November 11, 2010. The injunction prevents defendants, and their officers, agents, etc..., and other persons in active concert or participation with defendants, who receive actual notice of the injunction from conducting a trustee's sale for the following property: 1644 Jaynes Drive, Grant's Pass, Oregon.

1 - ORDER

Because the preliminary injunction already in effect prevents the defendants from conducting a trustee's sale on September 14, 2010, plaintiffs' Motion For Temporary Restraining Order and Preliminary Injunction [#36] is DENIED as moot.

IT IS SO ORDERED.

DATED this __5__ day of August, 2010.

_____
OWEN M. PANNER
U.S. DISTRICT JUDGE

1 - ORDER